**UNITED STATES DISTRICT COURT**

**STATE OF MINNESOTA**

**COURT FILE NO.: CV 00-362 RHK/JMM**

---

Laurie A. Stramer and
Matthew J. Stramer,

Plaintiffs.

vs.

**PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE**

Southview Chevrolet Co., a Minnesota corporation; Meshbesher & Spence, Ltd., a Minnesota corporation; and Daniel J. Boivin, Esq., individually,

Defendants.

---

The above-entitled action having been fully compromised and settled between the Plaintiffs and Defendants Meshbesher & Spence, Ltd. and Daniel J. Boivin, it is hereby stipulated by and between the parties thereto, through their respective undersigned attorneys, that the claims of the Plaintiffs against Defendants Meshbesher & Spence, Ltd. and Daniel J. Boivin may be, and hereby are, dismissed on its merits and with prejudice but without costs or disbursements or attorney fees of any kind to any of the parties.

It is further stipulated that without further notice, the Clerk of the above Court may enter a judgment of partial dismissal with prejudice and upon the merits, without costs or disbursements to any of the parties.

THE BARRY LAW OFFICE, LTD.

By ______________________
Peter F. Barry, Esq., #0266577
1560 Beam Avenue, Suite A
Maplewood, MN 55109
(651) 714-8800

CONSUMER JUSTICE CENTER, P.A.

By ______________________
Thomas J. Lyons, Jr., #249646
1560 Beam Avenue, Suite A
Maplewood, MN 55109
(651) 770-9707

ATTORNEYS FOR PLAINTIFFS

FILED JUL 10 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUL 10 2000
DEPUTY CLERK ________

JOHNSON & VAN VLEIT

By ______________________
Klay C. Ahrens, #236913
332 Minnesota Street
1st National Bank Building
Suite West 975
St. Paul, MN 55101
(651) 227-2534

MESHBESHER & SPENCE, LTD.

By ______________________
Daniel J. Boivin, #135215
1616 Park Avenue
Minneapolis, MN 55404
(612) 339-9121

ATTORNEYS FOR DEFENDANTS

**ORDER FOR DISMISSAL**

Based upon the foregoing stipulation entered into by the parties, and upon all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the above-entitled action as it relates to the claims of the Plaintiffs against Defendants Meshbesher & Spence, Ltd. and Daniel J. Boivin is hereby dismissed with prejudice and on the merits, without cost or attorney fees of any kind to any of the parties hereto.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: 7/10/00

______________________
Judge