CV 00-362 RHK/SRN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle. **Cases venued in the Third Divisicn will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls as of June 1, 2001.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: February 1, 2001.

2-1-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| | | |
|---|---|---|
| 1. | Dennis E. Carlen<br>etc. | Charles Harris<br>715-684-3227 |
| | vs CV 00-39 RHK/SRN<br>JURY | |
| | Minnesota Comprehensive Epilsepsy<br>Program P.A. etal | John Bland<br>612-338-0661<br><br>Terrence O'Loughlin<br>641-229-1177 |
| 2. | Laurie A. Stramer<br>Matthew J. Stramer | Thomas Lyons Jr.<br>651-770-9707<br><br>Peter Barry<br>651-714-8800 |
| | vs CV 00-362 RHK/SRN<br>JURY | |
| | Southview Chevrolet Co. | Gregory Johnson<br>Klay Ahrens<br>651-227-2534 |
| 3. | Sherri L. Noot | James T. Hynes<br>651-227-6661 |
| | vs CV 00-460 RHK/JMM<br>JURY | |
| | Department of Human Services<br>State of Minnesota | Timothy Webb<br>651-282-5700 |

| | | |
|---|---|---|
| 4. | Ceola J. Smith | Steven Smith<br>612-338-1919 |
| | vs CV 00-773 RHK/JMM<br>JURY | |
| | Healthcare Services Group<br>Inc., etc. | Paul Zech<br>612-339-6321<br><br>Jeffrey Braff<br>215-665-2032 |
| 5. | Soo Line Railroad Company etc. | Carolyn Wolski<br>612-335-1500 |
| | vs CV 00-1665 RHK/JMM<br>COURT | |
| | City of Shoreview | Pierre N. Regnier<br>651-290-6500 |
| 6. | City of Shoreview etc. | Jerome Filla<br>651-291-8955 |
| | vs CV 00-1826 RHK/JMM<br>COURT | |
| | Cobra Transportation Services Inc. | Thomas Boyd<br>Lloyd Grooms Jr.<br>651-290-8400 |

| | | |
|---|---|---|
| 7. | Medtronic Inc., | Jan Conlin<br>Thomas Hamlin<br>Michael Ciresi<br>612-349-8500<br><br>A. James Anderson<br>Marla Butler<br>404-233-1114 |
| | vs CV 99-1035 RHK/FLN<br>JURY | |
| | Boston Scientific Corporation<br><br>etal | Robert Reinhart<br>Peter Hendrixson<br>612-340-2600<br><br>John Bauer<br>James Zubok<br>212-318-3199<br><br>John Lynch<br>202-662-4654 |