**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Laurie A. Stramer and
Matthew J. Stramer,

Plaintiffs,

vs.

Southview Chevrolet Co.,
a Minnesota corporation;
Meshbesher & Spence, Ltd.,
a Minnesota corporation; and
Daniel J. Bovin, Esq., individually,

Defendants.

**Court File No.: 00:362 RHK/SRN**

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER FOR JUDGMENT**

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant Southview Chevrolet Company, through their respective undersigned counsel, that any and all claims between Plaintiffs and Defendant Southview Chevrolet Company that were alleged in the above-entitled action may dismissed with prejudice on the merits, but without costs, disbursements or attorney's fees to either party, and that either party may forthwith and without notice to any other party, apply to the Court pursuant to this Stipulation for an Order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: 5/15/01

**CONSUMER JUSTICE CENTER, P.A.**

Thomas J. Lyons, Jr. (#249646)
Attorneys for Plaintiffs
342 East County Road D
Little Canada, MN 55117
(651) 770-9707

FILED MAY 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAY 18 2001
DEPUTY CLERK

Dated: 4/11/01

**JOHNSON & VAN VLIET, L.L.P.**

Gregory J. Johnson (#202678)
Klay C. Ahrens (#236913)
Attorneys for Defendant Southview Chevrolet Co.
332 Minnesota Street
First National Bank Building
Suite West 975
St. Paul, Minnesota 55101
(651) 227-2534

**ORDER FOR JUDGMENT**

Upon the foregoing Stipulation, IT IS HEREBY ORDERED that the Clerk of this Court shall forthwith enter judgment dismissing any and all claims between Plaintiffs and Defendant Southview Chevrolet Company in the above-entitled action with prejudice and on the merits but without costs and disbursements to any party.

Dated this 18th day of May, 2001.

BY THE COURT:

Judge of United States District Court